UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANTISEK PRIBYL,

Plaintiff,

v. 4:18cv365–WS/MAF

UNITED STATES, et al.,

Defendants.

______________________________

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 68) docketed May 18, 2020. The magistrate judge recommends that the plaintiff's second amended complaint be dismissed for failure to state a claim on which relief may be granted. The plaintiff has filed objections (ECF No.69) to the report and recommendation.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 68) is

hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's second amended complaint is DISMISSED for failure to state a claim pursuant upon which relief may be granted.

3. Plaintiff shall have up to and including July 17, 2020, to file a third amended complaint limited to his civil rights claims against unknown state officials.

4. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this 22nd day of June, 2020.

s/ William Stafford
WILLIAM STAFFORD