UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANTISEK PRIBYL,

    Plaintiff,

v.                                                   4:18cv365–WS/MAF

UNKNOWN FLORIDA DEPARTMENT
OF LAW ENFORCEMENT OFFICERS,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 97) docketed March 16, 2021. The magistrate judge recommends that the plaintiff's fourth amended complaint (ECF No. 93) be dismissed for failure to state a claim on which relief may be granted. The plaintiff has filed no objections to the report and recommendation, despite having been granted an extension of time to do so.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 97) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's fourth amended complaint is DISMISSED for failure to state a claim pursuant upon which relief may be granted.

3. The clerk shall enter judgment stating: "Plaintiff's fourth amended complaint is dismissed for failure to state a claim upon which relief may be granted."

4. The clerk shall note on the docket that the case has been dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this __4th__ day of __May__, 2021.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE