IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANTISEK PRIBYL,

    Plaintiff,

v.                                                                                       4:18cv365–WS/MAF

UNKNOWN FLORIDA
DEPARTMENT OF LAW
ENFORCEMENT OFFICERS,

    Respondent.

_____

## ORDER DENYING PLAINTIFF'S RULE 60 MOTION

Before the court is the magistrate judge's report and recommendation (ECF No. 112) docketed July 8, 2021. The magistrate judge recommends that Plaintiff's post-judgment Rule 60 motion be denied. Plaintiff has filed three documents in response to the report and recommendation: (1) a motion (ECF No. 113) for extension of time to file objections because he "do[es] NOT completely understand any of the last R&R"; (2) a motion (ECF No. 114) for explanation; and (3) a "Notice for Appeal," which the clerk did not separately docket.

    The history of this case is set forth in the magistrate judge's report and

recommendation (ECF No. 97) docketed on March 16, 2021. In that earlier report and recommendation, the magistrate judge recommended that Plaintiff's fourth amended complaint be dismissed for failure to state a claim. Although he was granted an extension of time to file objections to that report and recommendation, Plaintiff filed no such objections within the extended time period. On May 4, 2021, the undersigned adopted the magistrate judge's report and recommendation, dismissed Plaintiff's fourth amended complaint, and directed the clerk to enter judgment. Judgment was entered on May 5, 2021. Plaintiff did not file a notice of appeal but, instead, filed a motion for help, a motion to amend claim, and a motion for reconsideration.[1] The magistrate judge denied Plaintiff's motions for help and to amend claim but granted Plaintiff's motion for reconsideration "to the extent that Plaintiff is permitted to file a Rule 60(b) motion." ECF No. 110. On June 28, 2021, Plaintiff filed a lengthy and mostly incomprehensible Rule 60(b) motion. The report and recommendation (ECF No. 112) that is now before the undersigned addresses Plaintiff's Rule 60(b) motion.

      The magistrate judge concluded that Plaintiff provided no basis for setting aside the judgment entered on May 5. He accordingly recommends that Plaintiff's

---

[1] Plaintiff's "Motion for Reconsideration" (ECF No. 109) was filed within the 28-day time period set forth in Rule 59 of the Federal Rules of Civil Procedure for the filing of a motion to alter or amend judgment.

Page 3 of 3

Rule 60 motion be denied. The undersigned agrees that no basis for setting aside the May 5th judgment has been shown. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 112) is ADOPTED and incorporated by reference into this order.

2. Plaintiff's Rule 60(b) motion (ECF No. 111) to set aside the judgment is DENIED.

3. Plaintiff's motion (ECF No. 113) for extension of time and motion (ECF No. 114) for explanation are DENIED.

4. The clerk shall enter on the docket, and forward to the Eleventh Circuit, Plaintiff's "Notice for Appeal," currently attached to Plaintiff's "Motion for Explanation," ECF No. 114.

DONE AND ORDERED this   9th   day of     August   , 2021.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE